**Gill & Associates**
*Process Serving Division*
1500 Walnut Street, Suite 1050
Philadelphia, PA 19102
215-790-0800
Fax: 215-790-1576

| | | |
|---|---|---|
| Robert Tichy, et al | **COURT** | United States District Court<br>Middle District of Pennsylvania |
| vs | | |
| Anniemac Home Mortgage, et al | **CASE NUMBER** | 4:19-cv-01385-MWB |

## AFFIDAVIT

State of Pennsylvania
County of Philadelphia

Gill & Associates File# 19-08055

Timothy Maduzia, being duly sworn according to law, deposes and says that he is the process server herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On September 10, 2019, we received the Complaint for service upon:

**American Neighborhood Mortgage Acceptance Company LLC d/b/a Anniemac Home Mortgage at 700 East Gate Drive, Suite 400, Mount Laurel, New Jersey 08054.**

Service was **EFFECTUATED** on **September 12, 2019** at **approximately 4:59 p.m.** in the method described below:

**Personal delivery upon receptionist, Lisa Hammon (Caucasian female, approximately 5'6" in height, medium build, appearing to be in her fifties)**

Process Server _____

Sworn to and subscribed before me this 13th day of September 2019
_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
JOSEPH F. GILL, Notary Public
Philadelphia County
My Commission Expires March 23, 2023
Commission Number 1058644

Law Firm:           Robert P. Cocco PC
Attorney Name:      Robert Cocco, Esq.
Address:            1500 Walnut Street, Suite 900, Philadelphia, Pennsylvania 19102
Telephone Number:   (215) 351-0200
Attorney I.D.:      61907