**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT & CORALINA TICHY, H/W, | CIVIL ACTION - LAW |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | No. 4:19-CV-01385-MWB |
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC, D/B/A ANNIEMAC HOME MORTGAGE, PENNYMAC LOAN SERVICES, LLC, THOMAS REINHART, DAMON C. ALLEN, INDIVIDUALLY AND D/B/A FINISHERS AND FINISHERS, LLC, | |
| Defendants. | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2019, it is hereby ORDERED that the Stipulation for Extension of Time between Plaintiffs and Defendants Finishers LLC and Damon C. Allen is GRANTED and that time for Defendants' to respond to Plaintiffs' Complaint is extended until October 7, 2019.

BY THE COURT:

_____
Hon. Matthew W. Brann
United States District Court Judge