## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROBERT & CORALINA TICHY, | : |
|  | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 4:19-cv-01385 |
|  | : |
| ANNIEMAC HOME MORTGAGE, et al., | : |
|  | : |
| Defendants. | : |

## STIPULATION REGARDING FILING AMENDED
## PLEADING AND RESPONSES THERETO

It is hereby **STIPULATED** and **AGREED** by and between counsel for Plaintiffs Robert and Coralina Tichy ("Plaintiffs") and counsel for Defendants PennyMac Loan Services, LLC ("PennyMac"), Thomas Reinhart ("Reinhart"), and Damon C. Allen, individually and d/b/a Finishers and Finishers, LLC ("Allen," and collectively with PennyMac and Reinhart, "Stipulating Defendants"), as follows:

1.    Plaintiffs filed an amended complaint (Dkt. No. 3) on August 12, 2019;

2.    By Order of August 30, 2019 (Dkt. No. 8), the Court previously granted the stipulated extension between Plaintiffs and PennyMac such that the time for PennyMac to plead, move, or otherwise respond to the amended complaint was extended until October 7, 2019;

3.      By Order of September 20, 2019 (Dkt. No. 20), the Court previously granted the stipulated extension between Plaintiffs and Reinhart such that the time for Reinhart to plead, move, or otherwise respond to the amended complaint was extended until October 14, 2019;

4.      By Order of September 25, 2019 (Dkt. No. 24), the Court previously granted the stipulated extension between Plaintiffs and Allen such that the time for Allen to plead, move, or otherwise respond to the amended complaint was extended until October 7, 2019;

5.      No one has appeared as of yet for defendant American Neighborhood Mortgage Acceptance Company, LLC d/b/a AnnieMac Home Mortgage ("AnnieMac");

6.      Plaintiffs have advised Stipulating Defendants that further amendments to the substance of certain paragraphs of the amended complaint are necessary;

7.      Stipulating Defendants do not object to Plaintiffs filing a second amended complaint to address the desired amendments.

**WHEREFORE**, the parties to this Stipulation further **STIPULATE** and **AGREE** as follows:

8.      Plaintiffs shall file, no later than October 7, 2019, a second amended complaint which has been provided to defense counsel of record in draft form; and

9.     The time within which Defendants may plead, move, or otherwise respond to Plaintiffs' second amended complaint shall be no later than October 14, 2019.

**STIPULATED AND AGREED TO BY:**

  s/Robert P. Cocco
Robert P. Cocco, Esquire
Robert P. Cocco, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-351-0200
rcocco@rcn.com

Matthew B. Weisberg, Esquire
Weisberg Law
7 South Morton Avenue
Morton, PA 19070
610-690-0801
mweisberg@weisberglawoffice.com

*Attorneys for Plaintiffs*

Dated:  October 1, 2019


  s/Robert J. Balch
Robert J. Balch, Esquire
Anthony M. Knapp, Esquire
Post & Schell, P.C.
600 Hamilton Street, Suite 200
Allentown, PA 18101

*Attorneys for Defendants, Damon C. Allen, Individually and d/b/a Finishers Finishers, LLC*

Dated:  October 1, 2019


  s/Mark W. Fidanza
Mark W. Fidanza, Esquire
Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
215- 851-8100
mfidanza@reedsmith.com

*Attorney for Defendant PennyMac Loan Services, LLC*

Dated:  October 1, 2019


  s/Debbie Doyle
Zachary Ballard, Esquire
Debbie Doyle, Esquire
Salmon, Ricchezza, Singer & Turchi, LLP
1601 Market Street, Suite 2500
Philadelphia, PA 19103

*Attorneys for Defendant Thomas Reinhart*

Dated:  October 1, 2019