UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT & CORALINA TICHY, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 4:19-cv-01385 |
| ANNIEMAC HOME MORTGAGE, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this _____ day of _____, 2019, it is hereby **ORDERED** that the Stipulation Regarding Filing Amended Pleading and Responses Thereto between Plaintiffs and Defendants is **GRANTED**;

It is further **ORDERED** that Plaintiffs shall file a second amended complaint by no later than October 7, 2019;

It is further **ORDERED**, that the time for Defendants PennyMac Loan Services, LLC, Thomas Reinhart, and Damon C. Allen, individually and d/b/a Finishers and Finishers, LLC to plead, move, or otherwise respond to Plaintiffs' second amended complaint is extended until October 14, 2019.

BY THE COURT:

_____
Hon. Matthew W. Brann
United States District Court Judge