# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TICHY and CORALINA TICHY, | : Civil No. 4:19-CV-01385 |
| Plaintiffs, | : |
| v. | : |
| THOMAS REINHART, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 4th day of November, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The court declines to exercise jurisdiction over Plaintiffs' remaining state law claims. This case is accordingly **DISMISSED WITHOUT PREJUDICE**.

2. All pending motions in the case (*See* Docs. 61–62, 77, 85) are **DENIED WITHOUT PREJUDICE** as moot.

3. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania